**Talia Y. Guerriero, OSB No. 115271**
stoesselt@bennetthartman.com
**Linda J. Larkin, OSB No. 792954**
larkinl@bennetthartman.com
BENNETT, HARTMAN, MORRIS & KAPLAN, LLP
210 S.W. Morrison Street, Suite 500
Portland, Oregon 97204-3149
Telephone: (503) 227-4600
Facsimile: (503) 248-6800

      Of Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JAMES ANDERSON, ROBERT CRANE, DARREN GLEBE, NATHAN STOKES, DAVID ALEXANDER, JOHN ANDERSON, JAMES M. WRIGHT, and KYLE IZATT, Trustees for the AGC-INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 701 PENSION, HEALTH AND WELFARE, AND TRAINING TRUST FUNDS, <br><br>          Plaintiffs, <br><br>v. <br><br>ROSS ISLAND SAND & GRAVEL CO., an Oregon corporation, <br><br>          Defendant. | Case No. 3:18-cv-01190-JE <br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEY FEES AND COSTS |

This matter came before the court on Plaintiffs' Motion for attorney fees and costs and having received no objections thereto. Having considered the pleadings, the evidence presented, the court hereby allows Plaintiff $438.65 in costs plus $1,154.00 in attorney fees. This statement shall be entered as part of the judgment herein.

DATED this __19th__ day of __November__, 2018.

/s/ John Jelderks
The Honorable John Jelderks
U.S. District Court

SUBMITTED BY:

LINDA J. LARKIN, OSB No. 792954
Of Attorneys for Plaintiffs
larkinl@bennetthartman.com
503-227-4600